<u>UNITED STATES BANKRUPTCY COURT</u>
<u>DISTRICT OF MASSACHUSETTS</u>

In Re:

    **Homeland Office Furniture, Inc.,**      **Chapter 11**
                    **Debtor**            **Case No.** 09-12225-HJB

## MOTION TO EMPLOY COUNSEL UNDER A GENERAL RETAINER

Now comes the Debtor, Homeland Office Furniture, Inc., and moves the Court to allow employment of Leonard Ullian, Esq., and The Law Office of Ullian & Associates, as its counsel in this case under general retainer and in support thereof states as follows:

1. The Debtor has filed a petition for relief under Chapter 11 of the Bankruptcy Code in this Court.

2. Prior to the date when the petition was filed, the Debtor consulted with Leonard Ullian from The Law Office of Ullian & Associates, and subsequently engaged the firm to prepare the appropriate papers and to file it with this Court.

3. The Debtor desires to employ The Law Office of Ullian & Associates as its counsel in this case under a general retainer. Leonard Ullian of that firm is knowledgeable and experienced in bankruptcy matters and has appeared before this Court on numerous occasions, and Debtor believes that the employment of The Law Office of Ullian and Associates is in the Debtor's best interest.

4. The Debtor believes that The Law Office of Ullian and Associates holds no interest adverse to the Debtor or it's estate, and that The Law Office of Ullian and Associates is a "disinterested person" as defined in Section 101(14) of the Bankruptcy Code. Affidavit of Counsel is attached hereto and incorporated herein.

**WHEREFORE,** the Debtor respectfully requests that the court enter an Order authorizing the employment of The Law Offices of Ullian and Associates as counsel to the Debtor and grant such other and further relief as is necessary and just.

                                            Respectfully submitted,

Date: March 3, 2009                             /s/ Thomas Pratt
                                            Thomas Pratt, Vice President

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

In Re:

    **Homeland Office Furniture, Inc.,**                **Chapter 11**
               **Debtor**                                   **Case No.** 09-12225-HJB

---

## AFFIDAVIT OF PROFESSIONAL PERSON

    1.    My name is Leonard Ullian. I am an attorney authorized and licensed to practice before this court and in the Commonwealth of Massachusetts. I have personal knowledge of all facts stated herein and they are all true and correct, except for those facts stated upon information and belief, and as to those facts I believe them to be true and correct.

    2.    I am employed by The Law Office of Ullian and Associates. I represent that after reasonable investigation, to the best of my knowledge, neither I nor any member of The Law Office of Ullian & Associates holds or represents any interest adverse to the estate of the above-named Debtor.

    3.    I represent that to the best of my knowledge that myself and each member of The Law Office of Ullian & Associates is a "disinterested person" as that term is defined at 11 U.S.C. section 101(14).

    4.    I hereby represent that I have agreed not to share with any person the compensation to be paid for the services rendered in this case, except as follows: between and among the partners and other professional employees of The Law Office of Ullian & Associates, Inc.

    5.    The Law Office of Ullian & Associates has received $7,039, which includes the $1,039.00 filing fee as a retainer in anticipation of services to be rendered by it as counsel to the Debtor in this case subject to final allowance by the court at the conclusion of this case, which sum, upon information and belief, was generated by the Debtor.

    6.    I shall amend this statement immediately upon my learning that any of the within representations are incorrect or there is any change of circumstances relating thereto.

    7.    I have reviewed the provisions of Massachusetts Local Bankruptcy Rule

2016-1.

    Signed under the pains and penalties of perjury this 3rd day of March, 2008.

                                                           Leonard Ullian, Esq.
                                                           Ullian & Associates, Inc.
                                                           220 Forbes Road, Suite 106
                                                           Braintree, MA 02184
                                                           (781) 848-5980
                                                           BBO No. 506140

<u>UNITED STATES BANKRUPTCY COURT</u>
<u>DISTRICT OF MASSACHUSETTS</u>

In Re:
**Homeland Office Furniture**              Chapter 11
      **Debtor**                                 Case No.   09-12225-HJB

---

<u>CERTIFICATE OF SERVICE OF MOTION BY DEBTOR</u>
<u>FOR AUTHORITY TO EMPLOY COUNSEL UNDER A GENERAL RETAINER</u>

      I, Leonard Ullian, certify that on the 23rd of March 2009, I caused a copy of the **Motion by Debtor to Employ Counsel Under a General Retainer** to be sent to the U.S. Trustee's Office, 1101 Federal Building, 10 Causeway Street, Room 1184, Boston, MA 02222, Homeland Office Furniture, Inc., 51 Mill Street, Bldg E-19, Hanover, MA 02339 and to everyone on the attached service list.

                                   /s/ Leonard Ullian
                                   Leonard Ullian, Esq.
                                   Ullian & Associates, Inc.
                                   220 Forbes Road, Suite 106
                                   Braintree, MA 02184
                                   (781) 848-5980
                                   BBO No. 506140

Abington bank
6 Harrison Avenue
Abington, MA 02351

Bernhardt
1839 Moganton Blvd.
PO Box 740
Lenoir, NC 28645

Cabot Wrenn
PO Box 751107
Charlotte, NC 28275

HBF
PO Box 281970
Atlanta, GA 30384

Internal Revenue Service
Insolvency Groups - STOP 20800
25 New Sudbury St.
PO Box 9112
Boston, MA 02203

Kimball International
1600 Royal Street
Jasper, IN 47549

Krueger International, Inc.
BIN 088
Milwaukee, WI 53288

Massachusetts Department of Revenue
100 Cambridge St.
7th Floor
PO Box 9564
Boston, MA 02114

Mayline Group
619 North Commerce Street
PO Box 728
Sheboygan, WI 53082

NCSI
National Conference Services, Inc.
5565 Sterrett Place
Suite 200
Columbia, MD 21044

Treadway Corporation
PO Box 9016
13467 Quincy Street
Holland, MI 49422

```
Wrightline, LLC
260 Gold Star Blvd.
Worcester, MA 01606
```

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS

In Re:

    Homeland Office Furniture, Inc.,    Chapter 11
                  Debtor                Case No. 09-12225-HJB

## ORDER ON MOTION BY DEBTOR FOR AUTHORITY TO EMPLOY COUNSEL UNDER A GENERAL RETAINER

The Motion by Debtor for Authority to Employ Counsel Under a General Retainer, having been brought before me, notice having been given to the United States Trustee, and no objection to the Motion having been filed, and good cause appearing to me in support of this Motion, it is allowed.

ORDERED that the Debtor is authorized to employ Leonard Ullian and The Law Offices of Ullian & Associates as its counsel in this case under a general retainer.

Date: _____        _____
                                                            Bankruptcy Judge